# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TOM HUSSEY PHOTOGRAPHY, LLC**                    **PLAINTIFF**

**v.**                    **No. 3:25-cv-213-DPM**

**WHITE RIVER HEALTHCARE, LLC**                    **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.  The Court retains jurisdiction until 10 August 2026 to enforce the parties' settlement.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

11 June 2026